IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  02-cv-02299-WYD

James L. Barrett,

    Plaintiff,

v.

Robert Furlong, et al.,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 9  2007

GREGORY C. LANGHAM
                CLERK

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated: May 9, 2007

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge

CERTIFICATE OF SERVICE

Re: 02-cv-02299-WYD

    I, hereby certify that I have mailed the Order Returning State Court Record to the following non C/M ECF participant on May 9, 2007.

El Paso County Court
20 E. Vermijo Avenue
Colorado Springs, Colorado 80903

Joe O'Hara, Deputy Clerk